THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REMINGTON DONOVAN WILLINGHAM, | CASE NO. C21-1279-JCC |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| JOHN DIAZ, | |
| Respondent. | |

The Court, having reviewed the report and recommendation, (Dkt. No. 9), of United States Magistrate Judge David W. Christel, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1)     The Court ADOPTS the report and recommendation (Dkt. No. 9);

(2)     Petitioner's federal habeas petition (Dkt. No. 1-2) is DISMISSED without prejudice;

(3)     Petitioner's motions for leave to proceed *in forma pauperis* (Dkt. No. 1) and for appointment of counsel (Dkt. No. 7) are DENIED as moot;

(4)     As Petitioner has not prosecuted this case, an appeal would not be taken in good faith and a certificate of appealability is therefore denied; and

(5)     The Clerk is DIRECTED to send copies of this Order to the parties and to Judge Christel.

1   DATED this 28th day of December 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
C21-1279-JCC
PAGE - 2